## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EDDIE LYLES,**
**ADC #137756**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 4:15-CV-548 KGB/BD**

**MICHAEL HARDY, et al.**                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge Kristine G. Baker.  You may file written objections to this

Recommendation.  If you file objections, they must be specific and must include the

factual or legal basis for your objection.  Your objections must be received in the office of

the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

### II.    Background:

Eddie Lyles, formerly an Arkansas Department of Correction ("ADC") inmate,

filed this lawsuit without the help of a lawyer.  He complains that his constitutional rights

were violated while he was housed at the Conway County Detention Center.

Since filing the lawsuit, Mr. Lyles has apparently been released from the ADC, as

evidenced by mail returned to the Court as undeliverable on January 11, 2016.  (Docket

entry #35)  A notation on the returned mail indicated a new address for Mr. Lyles in Danville, Arkansas.  Since that time, however, mail sent from the Court to the Danville address has also been returned to the court marked "undeliverable."  (#37)

On January 21, 2016, the Court ordered Mr. Lyles to provide his new address to the Court within thirty days.  (#38)  Mr. Lyles was specifically cautioned that if he failed to respond, he risked having his claims dismissed, without prejudice, based on his failure to prosecute.  To date, Mr. Lyles has not responded to the Court's January 21, 2016 Order.  The time for doing so has passed.

## III.   <u>Conclusion</u>:

The Court recommends that Mr. Lyles's claims be DISMISSED, without prejudice, based on his failure to prosecute this action, as well as his failure to comply with the Court's January 21, 2016 Order.  See Local Rule 5.5(c)(2).

DATED this 23rd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE