IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE LYLES,**
ADC #137756                                                                                         **PLAINTIFF**

v.                         Case No. 4:15-cv-548-KGB-BD

**MICHAEL HARDY,** *et al*.                                                                 **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 41). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After careful review, this Court adopts the Recommended Disposition in all respects. The Court denies as moot defendants' motion for extension of time to file motion for summary judgment (Dkt. No. 44).

Mr. Lyles's claims are dismissed without prejudice based on his failure to prosecute this action and comply with the Court's January 21, 2016, Order.

It is so ordered this 10th day of May, 2016.

Kristine G. Baker
United States District Court Judge