# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDDIE LYLES,**
**ADC #137756**                                                                                            **PLAINTIFF**

v.                              Case No. 4:15-cv-548-KGB-BD

**MICHAEL HARDY, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

It is so ordered this 10th day of May, 2016.

Kristine G. Baker
United States District Court Judge